IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MIKE LEAL GUERRERO, <br> TDCJ #567945, <br><br> Plaintiff, <br><br> v. <br><br> MELANIE POTTER, *et al.*, <br><br> Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. H-06-0881 |

# FINAL JUDGMENT

For the reasons set out in the Court's *Memorandum and Order on Dismissal* of even date, this case is **DISMISSED** with prejudice.

This is a **FINAL JUDGMENT**.

The Clerk will provide copies of this order to the parties.

SIGNED at Houston, Texas on **March 20, 2006.**

_____
Nancy F. Atlas
United States District Judge

060320.1721