IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MIKE LEAL GUERRERO, TDCJ #567945, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-06-0881 |
| MELANIE POTTER, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

On March 20, 2006, this Court dismissed the civil rights suit filed by state inmate Michael Leal Guerrero. Guerrero has filed a notice of appeal from that decision, but he has neither paid the appellate filing fee ($455.00). Although Guerrero has submitted a motion for leave to proceed *in forma pauperis*, he has failed to include a certified copy of his inmate trust fund account statement as required by 28 U.S.C. § 1915(a)(2). Accordingly, it is **ORDERED** that the pending motion for leave to proceed *in forma pauperis* on appeal (Doc. #8) is **DENIED** at this time.

**So that the plaintiff's appeal can be processed, the Clerk shall file the notice of appeal without prepayment of the appellate filing fee.**

For this appeal to proceed, however, the plaintiff must submit either: (1) the filing fee of $455.00; *or* (2) a completed application to proceed *in forma pauperis* together with a certified copy of an inmate trust account statement in compliance with 28 U.S.C. § 1915(a)(2). The plaintiff is **ORDERED** to comply as directed within thirty days of the

date this order is entered.

The Clerk will provide a copy of this order to the plaintiff.

SIGNED at Houston, Texas, on **April 24, 2006.**

_____
Nancy F. Atlas
United States District Judge